No. 03–10769.  IN RE SHEMONSKY;
No. 03–11046.  IN RE WILLIAMS;
No. 04–5947.  IN RE JACKSON;
No. 04–6453.  IN RE BROWN; and
No. 04–6927.  IN RE JOHNSON.  Petitions for writs of mandamus denied.

No. 04–6540.  IN RE CURRIE.  Petition for writ of mandamus and/or prohibition denied.

No. 04–5286.  DODD v. UNITED STATES.  C. A. 11th Cir.  Motion of petitioner for leave to proceed in forma pauperis granted.  Certiorari granted.

No. 03–10498.  HIGGS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 03–10810.  CLAY v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–10891.  ALLEN v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 03–11040.  WILLIAMS v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 04–150.  CHARLESTON COUNTY, SOUTH CAROLINA, ET AL. v. UNITED STATES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–154.  MEDIA GENERAL OPERATIONS, INC., DBA RICHMOND TIMES-DISPATCH v. NATIONAL LABOR RELATIONS BOARD.  C. A. 4th Cir.  Certiorari denied.

No. 04–168.  GRIMM v. SPELL ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 04–186.  KOZIARA ET AL. v. SEMINOLE COUNTY, FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.